MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
AT&T Mobility LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KIP NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Mobility LLC, a Delaware corporation,<br><br>Defendant. | Case No. C10-4802-TEH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6-1(a))** |

28837075

1   This Stipulation is entered into by and between Defendant AT&T Mobility

2   LLC ("ATTM"), and Plaintiff Kip Nelson ("Plaintiff," and collectively with

3   ATTM, the "Parties"), as follows:

4   **RECITALS**

5   A.      On October 22, 2010, Plaintiff filed his Complaint (the "Complaint")

6   against ATTM.

7   B.      On October 29, 2010, Plaintiff served his Complaint on ATTM's

8   registered agent by process server, making November 19, 2010 ATTM's present

9   deadline to answer or otherwise respond to the Complaint.

10   C.      ATTM has requested an extension of 30 days to answer or otherwise

11   respond to the Complaint, and Plaintiff has agreed to such extension.

12   D.      The Parties therefore agree that the last day for ATTM to answer or

13   otherwise respond to the Complaint is extended to and includes December 20,

14   2010.

15   E.      This Stipulation is entered into pursuant to Civil L.R. 6-1(a), which

16   allows the Parties to stipulate to extend time to respond to a complaint without

17   leave of Court, provided the change will not alter the date of any event or any

18   deadline already fixed by Court order.  The Parties believe that the extension

19   requested herein will not alter any such date or deadline.

20   **AGREEMENT**

21   NOW, THEREFORE, based upon the foregoing, the Parties hereby

22   STIPULATE AND AGREE AS FOLLOWS:

23   1.      The Parties incorporate by reference each of the Recitals contained in

24   paragraphs A through E hereinabove as if set forth in full herein.

25   2.      The time for ATTM to answer or otherwise respond to the Complaint

26   is extended to and includes December 20, 2010.

27

28

1        3.       The Parties agree that by entering into this Stipulation, neither Party

2   waives any right or remedy.

3   Dated:  November 19, 2010          MAYER BROWN LLP

4
                                       By: /s/ Steven E. Rich
5                                          John Nadolenco
                                           Steven E. Rich
6                                      Attorneys for Defendant
                                       AT&T Mobility LLC
7

8   Dated:  November 19, 2010          GIRARD GIBBS LLP

9
                                       By: /s/ David Stein
10                                         Eric H. Gibbs
                                           A.J. De Bartolomeo
11                                         David Stein
                                       Attorneys for Plaintiff
12                                     Kip Nelson and the Putative Plaintiff Class

13

14

15                          UNITED STATES DISTRICT COURT
                                    11/22/10
16
                              IT IS SO ORDERED
17
18                            Judge Thelton E. Henderson
19
                         NORTHERN DISTRICT OF CALIFORNIA
20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL LR. 6-1(a));
CASE NO. C10-4802-TEH

28837075