United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KIP NELSON,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | NO. C10-4802 TEH<br><br>SCHEDULING ORDER RE:<br>DEFENDANT'S MOTION TO<br>COMPEL ARBITRATION OR<br>STAY CASE |

Defendant AT&T Mobility LLC ("ATTM") has filed a motion to compel arbitration and dismiss claims or, in the alternative, to stay this case. In its motion, ATTM asserts that the United States Supreme Court's pending decision in *AT&T Mobility LLC v. Concepcion*, Case No. 09-983, "is almost certain to be dispositive here." It does not appear that the parties have met and conferred on this issue. Accordingly, IT IS HEREBY ORDERED that the parties shall meet and confer on whether a stay of this case is appropriate. If the parties agree that a stay should be entered, then they shall file a stipulation and proposed order on or before **January 10, 2011.**

If they do not agree, then the motion shall remain on calendar, but only as to ATTM's motion to stay, and not as to ATTM's motion to compel arbitration. In addition, the briefing schedule shall be accelerated. Plaintiff's opposition to the motion to stay shall be filed on or before **January 24, 2011,** and ATTM's reply shall be filed on or before **January 31, 2011.** The hearing date shall remain as noticed on **February 28, 2011,** unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 12/22/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT