MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KIP NELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Mobility LLC, a Delaware corporation,<br><br>Defendant. | Case No. C10-4802-TEH<br><br>**STIPULATION FOR STAY OF PROCEEDINGS PENDING THE U.S. SUPREME COURT'S DECISION IN** *AT&T MOBILITY LLC V. CONCEPCION*; **ORDER THEREON**<br><br>Honorable Thelton E. Henderson |

Plaintiff Kip Nelson and Defendant AT&T Mobility LLC ("ATTM," and collectively with Nelson, the "Parties"), by and through their respective counsel of record, stipulate to and hereby request a temporary stay of this action, as follows.

On December 22, 2010, this Court entered its "Scheduling Order Re: Defendant's Motion To Compel Arbitration Or Stay Case" and ordered the Parties to meet and confer on whether the stay requested by ATTM is appropriate in light of the Supreme Court's pending decision in *AT&T Mobility LLC v. Concepcion*, No. 09-893. If the Parties agreed to a stay, the Court ordered the Parties to file a stipulation and proposed order on or before January 10, 2011.

On January 4, 2011, the Parties met and conferred and agreed that a stay of this action pending the outcome of *Concepcion* is appropriate and will conserve the Court's and the Parties' resources. The Parties request that this Court issue an order providing that (1) this action is stayed pending the resolution of *Concepcion* in the United States Supreme Court, and (2) within 10 days of the issuance of the decision of the Supreme Court, the Parties shall file a joint status report that offers proposals on how the Court should proceed in light of the decision in *Concepcion*. The Parties agree that the stay should remain in effect until such time as it may be lifted by order of this Court.

Dated:  January 6, 2011         MAYER BROWN LLP

                                By: /s/ John Nadolenco
                                    John Nadolenco
                                    Steven E. Rich
                                Attorneys for Defendant
                                AT&T Mobility LLC

Dated: January 6, 2011

GIRARD GIBBS LLP

By: /s/ *David Stein*
    Eric H. Gibbs
    A.J. De Bartolomeo
    David Stein

Attorneys for Plaintiff
Kip Nelson and the Putative Plaintiff Class

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that

    1.) This action is STAYED pending resolution of *Concepcion* in the United States Supreme Court;

    2.) The stay shall remain in effect until such time as it may be lifted by order of this Court; and

    3.) The parties shall file a joint status report no later than 10 days following the issuance of the decision by the United States Supreme Court in *Concepcion*, that offers proposals on how this Court should proceed in light of the decision in *Concepcion*.

DATED: 01/06/2011

Hon. [signature] Judge Thelton E. Henderson

-3-
STIPULATION FOR STAY OF PROCEEDINGS
CASE NO. C10-4802-TEH

28837075

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed with the clerk of the court for the United States District Court, Northern District by using the CM/ECF system on January 6, 2011 the within document: **STIPULATION FOR STAY OF PROCEEDINGS PENDING THE U.S. SUPREME COURT'S DECISION IN *AT&T MOBILITY LLC V. CONCEPCION***

I further certify that I mailed the foregoing document via UPS overnight delivery to:

Eric H. Gibbs
A.J. De Bartolomeo
David Stein
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800
ehg@girardgibbs.com
ajd@girardgibbs.com
ds@girardgibbs.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the envelopes would be deposited with the UPS on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on January 6, 2011, at Los Angeles, California.

_____
Elena G. Griffin