IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIP NELSON,

           Plaintiff,

v.

AT&T MOBILITY LLC,

           Defendant.

NO. C10-4802 TEH

ORDER LIFTING STAY AND SCHEDULING ORDER

      On January 6, 2011, the Court approved the parties' stipulation to stay this case pending the United States Supreme Court's resolution of *AT&T Mobility LLC v. Concepcion*, Case No. 09-893. That case has now been resolved, and the stay is accordingly lifted.

      The Court has reviewed the parties' May 6, 2011 joint status statement, which indicates the parties' lack of agreement on whether Plaintiff is entitled to amend his complaint. Accordingly, IT IS HEREBY ORDERED that:

      1. The parties shall meet and confer in good faith on whether Plaintiff may amend the complaint.

      2. If the parties reach agreement, then they shall file a stipulation and proposed order on or before **May 18, 2011.** Defendant's responsive pleading shall be filed on or before **June 20, 2011.**

      2. If the parties cannot reach agreement, then Plaintiff shall file a motion for leave to amend the complaint on or before **May 27, 2011,** noticed for hearing on **July 11, 2011, at 10:00 AM**, in Courtroom No. 2, or on a subsequent Monday as agreed upon by the parties.

Defendant's opposition shall be due on or before **June 13, 2011,** and Plaintiffs' reply shall be due on or before **June 20, 2011.**

**IT IS SO ORDERED.**

Dated: 05/11/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT