Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
A.J. De Bartolomeo (State Bar No. 136502)
ajd@girardgibbs.com
David Stein (State Bar No. 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Kip Nelson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIP NELSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>AT&T MOBILITY LLC,<br><br>             Defendant. | Case No. 3:10-CV-04802-TEH<br><br>**JOINT STIPULATION FOR LEAVE TO PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE, AND ~~PROPOSED~~ ORDER**<br><br><u>CLASS ACTION</u> |

1 | Whereas, on January 7, 2011, the Court stayed this case pending the Supreme Court's *Concepcion* decision;

Whereas, on May 11, 2011, after *Concepcion* was issued, the Court ordered the parties to meet and confer on whether Plaintiff may file an amended complaint;

Whereas, Plaintiff seeks leave to file a First Amended Complaint in light of *Concepcion*, and believes this case should proceed in federal court;

Whereas, Defendant AT&T Mobility LLC takes the position that, under *Concepcion* the amendment will be futile, but—in order to spare the Court the need to consider the parties' dispute over whether amendment is permissible—agrees to stipulate to the amendment and to explain in its motion to compel arbitration why Plaintiff must arbitrate in accordance with his agreement;

Whereas, per the Court's order of May 11, 2011, Defendant has until June 20, 2011, to file a responsive pleading to the First Amended Complaint; and

Whereas, as reflected in the parties' Joint Status Report on May 6, 2011, the parties have agreed to the briefing schedule set forth below.

**IT IS HEREBY STIPULATED**, by and between Plaintiff Kip Nelson and Defendant AT&T Mobility LLC, subject to the Court's approval, that:

1. Plaintiff has leave to file his First Amended Complaint.
2. Defendant shall file its motion to compel arbitration no later than June 20, 2011.
3. Plaintiff shall file his opposition papers no later than 30 days after the motion is filed.
4. Defendant shall file its reply brief no later than 14 days after the opposition brief is filed.

DATED: May 17, 2011               **GIRARD GIBBS LLP**

By:  /s/ David Stein

Eric H. Gibbs
A.J. De Bartolomeo
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Kip Nelson*

1  DATED: May 17, 2011           **MAYER BROWN LLP**

                        By: _____/s/ John Nadolenco_____

                        350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Defendant AT&T Mobility LLC*

Concurrence in this filing was provided by John Nadolenco.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __05/18/2011_____       _____
                                    THELTON E. HENDERSON
                                    UNITED STATES DISTRICT COURT