Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
A.J. De Bartolomeo (State Bar No. 136502)
ajd@girardgibbs.com
David Stein (State Bar No. 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Individual and Representative*
*Plaintiff Kip Nelson*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIP NELSON, | CASE NO. 3:10-CV-04802-TEH |
| Plaintiff, | CLASS ACTION |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)** |
| AT&T MOBILITY LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Kip Nelson hereby voluntarily dismisses all of his claims against Defendant AT&T Mobility LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1). *See generally* Fed. R. Civ. P. 23(e) (court approval required only for dismissal of claims "of a certified class"); *Wynn v. Nat'l Broadcasting Co.*, No. CV 00-11248, 2002 WL 31681865 (C.D. Cal. Mar. 6, 2002) (dismissal under Rule 41(a)(1) did not require approval "by the Court pursuant to Rule 23(e), since there is no certified class action").

DATED: November 28, 2011          Respectfully submitted,

**GIRARD GIBBS LLP**

By: /s/ David Stein

Eric H. Gibbs
A.J. De Bartolomeo
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Kip Nelson*



11/29/2011
IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA